Certificate Number: 16339-PAE-DE-040416543

Bankruptcy Case Number: 21-10331



16339-PAE-DE-040416543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2025, at 5:46 o'clock PM EST, Marjorie Snyder completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 15, 2025           By:    /s/Kris Krumal

                                    Name:  Kris Krumal

                                    Title: Certified Financial Counselor