United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10331-djb |
| Marjorie A. Snyder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marjorie A. Snyder, 105 N. 2nd Street, Apt. 307, Philadelphia, PA 19106-2033 |
| 14585250 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14631567 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14585253 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2025 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14592541 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 00:46:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14585234 | + | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 00:56:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14600860 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2025 00:56:54 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14585239 | | Email/Text: megan.harper@phila.gov | Dec 17 2025 00:39:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14585240 | | Email/Text: megan.harper@phila.gov | Dec 17 2025 00:39:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14625322 | | Email/Text: megan.harper@phila.gov | Dec 17 2025 00:39:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14601049 | | Email/Text: megan.harper@phila.gov | Dec 17 2025 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14585235 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2025 00:46:27 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14585236 | + | Email/Text: ecf@ccpclaw.com | Dec 17 2025 00:39:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14585238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 00:57:01 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14585241 | + | Email/Text: bankruptcy@philapark.org | Dec 17 2025 00:40:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14585242 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 00:57:06 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14583968 | | Email/Text: mrdiscen@discover.com | Dec 17 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14585243 | + | Email/Text: mrdiscen@discover.com | Dec 17 2025 00:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14585244 | | Email/Text: bankruptcycourts@equifax.com | Dec 17 2025 00:39:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14585245 | ^ | MEBN | Dec 17 2025 00:36:50 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14585246 | + | Email/Text: bankruptcy@fco.com | Dec 17 2025 00:39:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 14585247 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2025 00:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14589596 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 17 2025 00:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14592012 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 00:46:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14589851 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2025 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14585249 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 17 2025 00:39:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14631441 | ^ | MEBN | Dec 17 2025 00:36:59 | PENNSYLVANIA HOUSING FINANCE, AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14585251 | | Email/Text: blegal@phfa.org | Dec 17 2025 00:39:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14585252 | + | Email/Text: bankruptcy@philapark.org | Dec 17 2025 00:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14585254 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2025 00:46:12 | Syncb/Polaris Consumer, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14595179 | | Email/Text: bncmail@w-legal.com | Dec 17 2025 00:39:00 | TD Bank USA, N.A., C/O Jordon Morrison, Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 14585257 | | Email/Text: DASPUBREC@transunion.com | Dec 17 2025 00:39:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14585255 | + | Email/Text: bncmail@w-legal.com | Dec 17 2025 00:39:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14585256 | + | Email/Text: bnc-thebureaus@quantum3group.com | Dec 17 2025 00:39:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14590941 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 17 2025 00:40:00 | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14585258 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 17 2025 00:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 16, 2025 | Form ID: 138OBJ | Total Noticed: 38 |

63304-2225

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14585237 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14585248 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marjorie A. Snyder help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form 138OBJ (6/24)−doc 49 − 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Marjorie A. Snyder
   aka Marjorie Aramburo

   Debtor(s).

Case No. 21−10331−djb

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 16, 2025

For The Court

Mohung Wong
Clerk of Court